1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | JAMES C. MANN (CABN 221603)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680

7 | Fax: (510) 637-3724
E-Mail: James.C.Mann@usdoj.gov

8

9 | Attorneys for the United States of America

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,           ) No. CR-12-00533 YGR
                                        )
14 |     Plaintiff,                      ) STIPULATED REQUEST TO ADVANCE
                                        ) HEARING DATE TO NOVEMBER 1,
15 |   v.                                ) 2012 AND ORDER
                                        )
16 | TYRONE WAYNE HALCOMB,              ) Date:   November 29, 2012
                                        ) Time:   2:00 p.m.
17 |     Defendant.                      ) Court:  Hon. Yvonne Gonzalez
                                        )         Rogers
18                                      )
                                        )
19 | _____)

20 | The above-captioned matter is set on November 29, 2012 at 2:00 p.m. before this Court

21 | for a hearing on defendant's motion to suppress. The parties request that this matter be advanced

22 | to November 1, 2012 for an open guilty plea to the sole charge in the Indictment.

23 | DATED: October 23, 2012

24

25

26 | ____/s/_____          ____/s/_____
   | JAMES C. MANN                      RICHARD A. TAMOR
   | Assistant United States Attorney   Counsel for Tyrone Wayne Halcomb
27 | Counsel for United States

28

STIP. REQ. TO ADVANCE HEARING DATE TO NOVEMBER 1, 2012
No. CR-12-00533 YGR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>TYRONE WAYNE HALCOMB,<br><br>   Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. CR-12-00533 YGR<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO ADVANCE HEARING DATE TO NOVEMBER 1, 2012<br><br>Date:   November 29, 2012<br>Time:   2:00 p.m.<br>Court:  Hon. Yvonne Gonzalez Rogers |

The above-captioned matter is set on November 29, 2012 at 2:00 p.m. before this Court for a hearing on defendant's motion to suppress. The parties requested that this matter be advanced to November 1, 2012 for an open guilty plea to the sole charge in the Indictment.

**IT IS HEREBY ORDERED** that the hearing in this matter is advanced from November 29, 2012 to November 1, 2012 at 2:00 p.m., and the matter is set for change of plea.

DATED:  oOctober 24, 2012

_____
HON. YVONNE GONZALEZ ROGERS
United States District Court Judge

STIP. REQ. TO ADVANCE HEARING DATE TO NOVEMBER 1, 2012
No. CR-12-00533 YGR